**Patricia Ann WHITE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 62786.**

Missouri Court of Appeals,
Western District.

March 9, 2004.

Andrew A. Schroeder, Kansas City, MO, for appellant.

Andrea K. Spillars, Jefferson City, MO, for respondent.

Before HARDWICK, P.J., SPINDEN and NEWTON, JJ.

### ORDER

PER CURIAM.

Patricia Ann White appeals from the dismissal of her Rule 24.035 motion, which was filed 220 days after her delivery to the Department of Corrections. We affirm the dismissal because the postconviction motion was untimely. A published opinion would have no precedential value, however, the parties have been provided with a

memorandum further explaining the grounds for our decision.

Affirmed. Rule 84.16(b).